# United States Court of Appeals for the Fifth Circuit

---

No. 24-10747
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
July 1, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Michael Brandon Crawford,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:24-CR-15-1

---

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Michael Crawford was sentenced to 48 months of imprisonment after pleading guilty of escape from a halfway house in violation of 18 U.S.C. § 751(a). As relevant to this appeal, the district court ordered that the sentence run consecutively to any sentence imposed in his then pending state court charge for failure to identify. Crawford contends that the district court failed to explain its decision to impose a consecutive sentence rather than a

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

concurrent sentence as called for by Section 5G1.3(c) of the Sentencing Guidelines.

Because Crawford did not object on this basis in the district court, review is limited to plain error. *See United States v. Peterson*, 977 F.3d 381, 392 (5th Cir. 2020). The district court explicitly addressed the 18 U.S.C. § 3553(a) factors before imposing sentence and gave ample reasons for its decision. *See Rita v. United States*, 551 U.S. 338, 356 (2007). We see no clear or obvious error. In any event, Crawford has not shown that any purported lack of explanation for the consecutive sentence affected his substantial rights. *See United States v. Rivera*, 784 F.3d 1012, 1018 (5th Cir. 2015).

AFFIRMED.